# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DELENE JENKINS, | § | |
| *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 3:17-cv-00595-G |
| DALTILE CORPORATION, | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § § § | |

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT AND DISMISS DEFENDANT DALTILE CORPORATION

Plaintiff, Delene Jenkins, moves the Court for leave to amend her Complaint [Docs. 1, 3] by adding Dal-Tile Services, Inc. as defendant and dismissing existing defendant Daltile Corporation. This motion is unopposed by counsel for both Dal-Tile Services, Inc. and Daltile Corporation. Plaintiff respectfully shows the Court through this motion that Defendant Daltile Corporation's counsel has agreed to this motion, thus satisfying Rule 15(a)(2).

Plaintiff attaches hereto her proposed First Amended Complaint as Exhibit A.

WHEREFORE, Plaintiff requests that the Court issue its order allowing the First Amended Complaint to be filed and allowing the dismissal of Daltile Corporation as a defendant herein, without prejudice.

Dated: May 1, 2017.

[Signatures on following page]

Respectfully submitted
/s/ *Roger D. Marshall*
Roger D. Marshall
State Bar No. 13040000
10604 Corvallis Dr.
Dallas, Texas 75229
Tel: 214-850-1989
Fax: 214-363-4833
E-mail: Rmarsh9558@aol.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of May, 2017, a true and correct copy of the foregoing document was served upon all counsel of record for defendant by filing through the clerk of court's electronic filing system, which will provide notice to all counsel, and further by electronic mail to defendant's counsel of record at the email address listed below.

Paul E. Hash
Jackson Lewis P.C.
Attorneys at Law
500 N. Akard
Suite 2500
Dallas, Texas 75201
Tele. 214-520-2400
Fax 214-520-2008

Email address: hashp@jacksonlewis.com

*Attorneys for Defendants*